THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 In the Interest
 of Keith W.,
 A minor under
 the age of seventeen, Appellant.
 
 
 

Appeal From Cherokee County
Wesley L. Brown, Family Court Judge

Unpublished Opinion No. 2011-UP-324
 Submitted June 1, 2011  Filed June 22,
2011    

APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Cleary Duffy, for
 Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg, for
 Respondent.
 
 
 

PER CURIAM:  Keith
 W. appeals his conviction for indecent exposure, arguing the trial court erred
 in failing to grant his motion for a directed verdict.  After a thorough review of the record and counsel's
 brief, pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.
FEW, C.J., LOCMEKY, J., 
 and GOOLSBY, AJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.